UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :

TRACY LEE HOFFMAN
                                            : Bankruptcy No. 16-17205REF
      Debtor(s)                : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: June 29, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DOUGLAS R LALLY ESQ
261 OLD YORK ROAD SUITE 524
THE PAVILION  PO BOX 703
JENKINTOWN PA 09046-0703

TRACY LEE HOFFMAN
83 Ridge Drive
Mohrsville,PA.19541