United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17205-ref
Tracy Lee Hoffman                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2            Date Rcvd: Jun 29, 2017
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db              #+Tracy Lee Hoffman,    83 Ridge Drive,    Mohrsville, PA 19541-9515
smg              +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                   Allentown, PA 18101-1603
smg               City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg              +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg              +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13806476         +Albert D. Schade, Jr.,    83 Ridge Drive,    Mohrsville, PA 19541-9515
13806479          Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13902184         +Ditech Financial LLC,    fka Green Tree Servicing, LLC,    McCabe, Wesberg & Conway, P.C.,
                   123 S Broad St, Suite 2080,    Philadelphia, PA 19109-1031
13870013         +Ditech Financial LLC,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              +E-mail/Text: robertsl2@dnb.com Jun 30 2017 01:21:35    Dun & Bradstreet, INC,
                   3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2017 01:21:18
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 30 2017 01:21:43    U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13806477         +E-mail/Text: bnc@atlasacq.com Jun 30 2017 01:21:05    Atlas Acquisitions LLC,
                   294 Union Street,    Hackensack, NJ 07601-4303
13806478         +E-mail/Text: bankruptcy@cavps.com Jun 30 2017 01:21:37    Bank of America,
                   c/o Cavalry SPV I, LLC.,    500 Summit Lake Drive, Ste. 400,    Valhalla, NY 10595-1340
13850548         +E-mail/Text: bankruptcy@cavps.com Jun 30 2017 01:21:38    Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13806480          E-mail/Text: bankruptcy.bnc@ditech.com Jun 30 2017 01:21:08    Ditech Financial LLC,
                   PO BOX 6172,    Rapid City, SD 57709-6172
13857759          E-mail/Text: bankruptcy.bnc@ditech.com Jun 30 2017 01:21:08
                   Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                   Rapid City, South Dakota 57709-6154
13806481          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2017 01:16:37    LVNV Funding, LLC,
                   c/o Arrow Financiak Services, LLC,    Resurgent Capital Services,    PO BOX 10587,
                   Greenville, SC 29603-0587
13916191          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2017 01:16:31
                   LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13847067          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2017 01:16:31
                   LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                   LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13806482          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2017 01:22:17
                   Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13806483         +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 30 2017 01:21:36    Premier Bankcard, LLC,
                   c/o Jefferson Capital Systems LLC,    PO BOX 7999,    Saint Cloud, MN 56302-7999
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                    Page 2 of 2                    Date Rcvd: Jun 29, 2017
                              Form ID: pdf900               Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing, LLC
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DOUGLAS R. LALLY    on behalf of Debtor Tracy Lee Hoffman drlally@hotmail.com,
               lawshark@hotmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

TRACY LEE HOFFMAN

                                      : Bankruptcy No. 16-17205REF

       Debtor(s)                  : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: June 29, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DOUGLAS R LALLY ESQ
261 OLD YORK ROAD SUITE 524
THE PAVILION  PO BOX 703
JENKINTOWN PA 09046-0703

TRACY LEE HOFFMAN
83 Ridge Drive
Mohrsville,PA.19541